NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

ESCORT INC. AND BELTRONICS USA, INC.,
*Plaintiffs-Appellants,*

v.

HOYT A. FLEMING, III AND PARK, VAUGHAN
FLEMING & DOWLER LLP,
*Defendants-Appellees.*

---

2014-1414

---

Appeal from the United States District Court for the District of Idaho in No. 1:12-cv-00064-BLW, Chief Judge B. Lynn Winmill.

---

## JUDGMENT

---

BRETT A. SCHATZ, Wood, Herron & Evans, L.L.P., of Cincinnati, Ohio, argued for plaintiffs-appellants. With him on the brief was GREGORY F. AHRENS.

MICHAEL S. DOWLER, Park Vaughan Fleming & Dowler, LLP, of Houston, Texas, argued for defendants-appellees.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (TARANTO, BRYSON, and HUGHES, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| November 13, 2014 | /s/  Daniel  E.  O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |